■ In the Matter of SHAWN BOYD, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional

Services, Respondent. [896 NYS2d 276]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division in the Fourth Judicial Department by order of the Supreme Court, Wyoming County [Mark H. Dadd, A.J.], entered October 2, 2009) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Fahey, Carni, Lindley and Sconiers, JJ.